109 A.3d 217

IN THE MATTER OF LAWRENCE B. SACHS, AN ATTORNEY AT LAW (ATTORNEY NO. 017701983).

March 3, 2015.

**ORDER**

This matter having been duly presented on the motion for reinstatement to practice of **LAWRENCE B. SACHS** of **MILLSTONE TOWNSHIP,** who was admitted to the bar of this State in 1983, and who was temporarily suspended from the practice of law by Order of this Court filed February 24, 2015, and good cause appearing;

It is ORDERED that the motion is granted, and **LAWRENCE B. SACHS** is reinstated to the practice of law effective immediately.